# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2025

## NO. 03-23-00642-CR

**Abraham Kulor, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that Kulor's "Plea to Motion to Adjudicate" is "True" to allegations 1–26 and 31–33 but "Not True" to allegations 27–30. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.